The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HEALTHCARE, INC., et al.,<br><br>                              Plaintiffs,<br><br>            v.<br><br>SUSAN N. DREYFUS, in her official capacity as Secretary of the Washington State Department of Social and Health Services, et al.,<br><br>                              Defendants. | NO. C10-05470-RBL<br><br>**STIPULATED PROTECTIVE ORDER** |

## I.   STIPULATION

The parties in this litigation have produced and intend to produce medical records, public assistance records, records containing proprietary information, and other information that is necessary for use in this lawsuit but is private and confidential.  Plaintiffs and Defendants request protection against improper disclosure of their confidential records and against improper disclosure of confidential information.  Recognizing that these records and other confidential information in this case may be subject to protection under Local Rule 5(g) and Civil Rule 26(c) of the Federal Rules of Civil Procedure, the parties stipulate to the following protective order.

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1 **IT IS SO STIPULATED**.

2 DATED this 6th day of October, 2010.

3 INSLEE, BEST, DOEZIE & RYDER        OFFICE OF THE ATTORNEY GENERAL

5 By: s/ John F. Sullivan                          s/ William T. Stephens
John F. Sullivan, WSBA #15426              William T. Stephens, WSBA #24254
Inslee Best Doezie & Ryder, P.S.            Assistant Attorney General
777 108th Avenue NE                              PO Box 40124
Bellevue, WA 98004                                 Olympia, WA 98504-0124
Telephone: 425-455-1234                       Telephone: 360-586-6565
Facsimile: 425-635-7720                        Facsimile: 360-586-6659
E-mail: jsullivan@insleebest.com            E-mail: Bills3@atg.wa.gov
Attorneys for Plaintiffs                            Attorneys for Defendants

HOOPER, LUNDY & BOOKMAN, P.C.

By: s/ Felicia Y. Sze
Felicia Y. Sze, CA State Bar #233441
575 Market Street, Ste. 2300
San Francisco, CA 94105
Telephone: 415-875-8500
Facsimile: 415-875-8519
E-mail: fsze@health-law.com
Attorneys for Plaintiffs

## II.        PROTECTIVE ORDER

1.  Any party to this action may, on and after the date this Order is signed by the Court, designate as confidential any document thereafter sought to be discovered by any other party that is "confidential material" as defined by this Order. The terms of this Order shall govern as to all aspects of the procedures to be followed in making or challenging such designations, and the terms, conditions, and restrictions on the use of confidential materials. By designating a document, thing, material, testimony, or other information derived therefrom as "confidential" under the terms of this Order, the party making the designation is

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1  certifying to the Court that there is a good faith basis both in law and in fact for the
2  designation within the meaning of LR 5(g)(4), Western District of Washington.

3  2. The parties agree that this Order shall apply whether the materials or
4  documents have been filed with the Court together with pleadings or motions, or produced by
5  a party pursuant to formal discovery, by subpoena or by agreement.

6  3. The term "Confidential Materials" as used in this Order includes, but is not
7  limited to: Any written, photographic or electronic media, summaries thereof and
8  attachments thereto, answers to interrogatories, requests for admissions and answers thereto,
9  answers to requests for production, deposition transcripts and exhibits, which include
10 material pertaining to plaintiffs' health care information as that term is defined in state law or
11 material that is proprietary to plaintiffs or can be considered "trade secrets" under applicable
12 law.

13 4. The term "Counsel" means a law firm representing a party in this action and
14 its attorneys, employees, including without limitation legal associates, paralegals, and clerical
15 or other support or office staff.

16 5. The parties shall designate "Confidential Materials" as follows: designation
17 shall be made by placing the following legend on every page of any such Document, or the
18 cover page of a group of Documents, prior to production, "Confidential Material."  In the
19 event that a document was produced prior to designating it as "Confidential Material" or if a
20 party inadvertently fails to stamp or otherwise designate a Document or other material
21 containing confidential information as "Confidential Material" at the time of its production,
22 that party may at any time thereafter stamp or otherwise designate the Document or other
23 information as "Confidential Material."  Such Document or other information shall be treated
24 as "Confidential Material" as of the time of the designation.

25 6. Except as expressly provided for in this Protective Order, the parties agree
26 that they will not communicate or disclose in any manner either directly or indirectly to any

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

person or entity any Confidential Materials and any information contained therein. The parties agree that they will only use Confidential Materials and any information contained therein for their prosecution or defense of this litigation and for no other purpose.

7. Confidential Materials produced during this litigation, and information contained in Confidential Materials, shall not be disclosed to any other person except to the following individuals:

    a. Counsel for any party in this action, including their associates, paralegals, legal assistants, clerical, and other support staff or services, as well as stenographic reporters engaged in proceedings incident to preparation for trial or the trial of this matter;

    b. Each of the named parties in this action, their agents, determined in good faith to have a need to know and regarding which they have been given proper authorization in writing to have such access; and

    c. Any person who has been called to testify, in deposition or at trial, except that such person may only be shown copies of "Confidential Material" in preparation for and during his/her testimony to the extent determined in good faith to have a need to know to verify or challenge information, and regarding which they have been given proper authorization in writing to have access to such information; and that such person may not retain any such "Confidential Material;"

    d. Experts and/or other professionals retained by any party for trial preparation purposes and to prosecute or defend this litigation;

    e. The person who prepared or directly participated in the preparation of any particular document;

    f. The person to whom a particular document or copies thereof were addressed or delivered;

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

  g. Any third-party witness in preparation for, or during, their deposition or testimony at trial or a hearing in this litigation, and regarding which they have been given proper authorization in writing to have access to such information; or

  h. Mediators or similar outside parties and their staffs enlisted by all Parties to assist in the resolution of this matter.

8. The parties agree that either party may use "Confidential Materials" in open court at hearings in or during the trial of this action. The parties agree that either party may also use "Confidential Materials" in any motion, memoranda, brief or other document filed with the Court in this action, or as an exhibit or exhibits in support of any motion, memoranda, or brief filed with the court in this action.

9. Any portion of any motion, memoranda, brief, or document, or exhibit containing "Confidential Materials," must be filed with the court under seal so that the party seeking to maintain the documents' confidentiality may submit a motion to seal pursuant to LR 5(g). Only if the references to "Confidential Materials" in any motion, memoranda, or brief are sufficiently extensive or numerous that it would not be practicable to only file portions of the relevant document under seal, will the entire motion, memoranda, or brief be filed under seal.

10. This Order is without prejudice to the right of any party to seek relief from the Court, upon good cause shown, from any of the provisions contained in this Order.  This Order shall not be construed as waiving any right to assert a claim of privilege, relevance, overbreadth, burdensomeness, or other grounds for not producing material called for, and access to such material shall be only as otherwise provided by the discovery rules and other applicable law.

Nothing in this Order shall be construed to be an admission against a party or constitute evidence of any fact or issue in this case.

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**IT IS SO ORDERED.**

DATED this 8th day of October, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ William T. Stephens
William T. Stephens, WSBA#24254
Assistant Attorney General
PO Box 40124
Olympia, WA 98504-0124
Telephone:  360-586-6565
Facsimile:  360-586-6659
E-mail:  BillS3@atg.wa.gov
Attorneys for Defendants

INSLEE, BEST, DOEZIE & RYDER

By: s/ John F. Sullivan
    John F. Sullivan, WSBA #15426
    Inslee Best Doezie & Ryder, P.S.
    777 108th Avenue NE
    Bellevue, WA 98004
    Telephone: 425-455-1234
    Facsimile: 425-635-7720
    E-mail: jsullivan@insleebest.com
    Attorneys for Plaintiffs

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

6

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1   HOOPER, LUNDY & BOOKMAN, P.C.

2   By: s/ Felicia Y. Sze

3       Felicia Y. Sze, CA State Bar # 233441
    575 Market Street, Ste. 2300

4       San Francisco, CA 94105
    Telephone:  415-875-8500

5       Facsimile:  415-875-8519
    E-mail:  fsze@health-law.com

6       Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED PROTECTIVE ORDER
NO. C10-05470-RBL

7

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565